# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| TYRONE HURT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 1:14-cv-337-GZS ) |
| FERGUSON, MISSOURI, et al., | ) ) |
| Defendants. | ) ) ) |

## ORDER

On November 17, 2014, the Court ordered that Plaintiff file a Supplemental Motion to Proceed *In Forma Pauperis* on appeal no later than December 8, 2014. *See* ECF No. 13. This Order was filed in response to Plaintiff's incomplete Amended Motion to Proceed In Forma Pauperis on Appeal (ECF No. 12). On November 28, 2014, the Court docketed a filing received from Plaintiff that appears to be titled "Supplemental Amendment to the Action for Notice of Appeal in forma pauperis pursuant to Title 28, Section 1915, U.S.C." (ECF No. 21). Construing this filing as Plaintiff's attempt to comply with the Court's November 17, 2014 Order, the Court finds that Plaintiff has failed to comply with the November 17, 2014 Order and hereby DENIES Plaintiff's Amended Motion to Proceed *In Forma Pauperis* on Appeal (ECF No. 12). In support of this denial, the Court finds that despite having received explicit instructions and a copy of the required affidavit, Plaintiff has failed to legibly show his inability to pay or give security for fees and costs or explain the claims or issues that he intends to present on appeal. *See* F.R.A.P. 24(a)(2).

Additionally, the Court hereby certifies that any appeal from the final judgment in this case would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 11th day of December, 2014.